**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6144**

———————————

EMANUEL EDWARD BUTLER, JR.,

Petitioner - Appellant,

versus

THOMAS R. CORCORAN; J. JOSEPH CURRAN, JR., the
Attorney General of the State of Maryland,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-98-
2992-MJG)

———————————

Submitted:  June 22, 1999          Decided:  July 8, 1999

———————————

Before WILLIAMS and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Emanuel Edward Butler, Jr., Appellant Pro Se.  Ann Norman Bosse,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Emanuel Edward Butler, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Butler v. Corcoran, No. CA-98-2992-MJG (D. Md. Jan. 28, 1999).  We deny Butler's motion for the preparation of a transcript at Government expense.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2